B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of North Carolina - Greenville Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Gunboat International, Ltd. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>FDBA Pure Yachting, Ltd; FDBA Gunboat Company | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>27-4433540 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>829 Harbor Road<br>Wanchese, NC<br>ZIP Code 27981 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Dare | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."
■ Debts are primarily
business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the
debtor is unable to pay fee except in installments. Rule 1006(b). See Official
Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                           Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Gunboat International, Ltd. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X _____ Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?  ☐ Yes, and Exhibit C is attached and made a part of this petition.  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.  If this is a joint petition:  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.  ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.  ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)  _____ (Name of landlord that obtained judgment)  _____ (Address of landlord)  ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and  ☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.  ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Gunboat International, Ltd. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Trawick H. Stubbs, Jr.
Signature of Attorney for Debtor(s)

Trawick H. Stubbs, Jr. 4221
Printed Name of Attorney for Debtor(s)

Stubbs & Perdue, P.A.
Firm Name

PO Box 1654
New Bern, NC 28563

_____
Address

252-633-2700
Telephone Number

November 18, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Peter Johnstone
Signature of Authorized Individual

Peter Johnstone
Printed Name of Authorized Individual

President
Title of Authorized Individual

November 18, 2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina - Greenville Division

In re    Gunboat International, Ltd.            Case No. _____

                              Debtor(s)       Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Stefan & Gabrielle Muff<br>St. Niklausenstrasse 96<br>6047 Kastanienbaum<br>Switzerland | Stefan & Gabrielle Muff<br>St. Niklausenstrasse 96<br>6047 Kastanienbaum<br>Switzerland | | | 1,500,000.00 |
| WAK, LLC<br>Attn:  Manager or Agent<br>708 Royal Plaza Drive<br>Fort Lauderdale, FL 33301 | WAK, LLC<br>Attn:  Manager or Agent<br>708 Royal Plaza Drive<br>Fort Lauderdale, FL 33301 | Lien on 55'<br>Performance<br>Cruising Catamaran<br>(55-06) | | 1,818,848.66<br><br>(600,000.00<br>secured) |
| Allen Hobbs<br>720 North Collier Blvd<br>Apt. 501<br>Marco Island, FL 34145 | Allen Hobbs<br>720 North Collier Blvd<br>Apt. 501<br>Marco Island, FL 34145 | Balance owed from<br>terminated contract | | 500,000.00 |
| Fredrick Moe<br>Shop #3 Nnatts Complex<br>Fairview Shopping Center<br>Montego Bay Jamaica | Fredrick Moe<br>Shop #3 Nnatts Complex<br>Fairview Shopping Center<br>Montego Bay Jamaica | Boat delivered<br>(60-08); credits<br>issued | | 378,636.25 |
| Peter Johnstone<br>201 Cannon Trail<br>Manteo, NC 27954-8805 | Peter Johnstone<br>201 Cannon Trail<br>Manteo, NC 27954-8805 | | | 360,000.00 |
| Indy Yachts<br>Attn:  Manager or Agent<br>129 Harrison Avenue<br>Newport, RI 02840 | Indy Yachts<br>Attn:  Manager or Agent<br>129 Harrison Avenue<br>Newport, RI 02840 | Boat delivered<br>(60-06); credits<br>issued | | 353,163.88 |
| Paul P. Huffard, IV<br>20 Juniper Road<br>Darien, CT 06820 | Paul P. Huffard, IV<br>20 Juniper Road<br>Darien, CT 06820 | 64-01 | | 350,000.00 |
| David Welch<br>217 Camino Al Logz<br>Atherton, CA 94027 | David Welch<br>217 Camino Al Logz<br>Atherton, CA 94027 | Terminated contract<br>for yacht (55-11) | | 330,000.00 |
| Nigrel Irens Design Ltd.<br>Attn:  Manager or Agent<br>Tanners Yard House<br>St. Lawrence Lane<br>Ashburton,Devon TQ137 | Nigrel Irens Design Ltd.<br>Attn:  Manager or Agent<br>Tanners Yard House<br>Ashburton,Devon TQ137 | | Disputed | 159,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Gunboat International, Ltd.                          Case No.   _____

                               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Commonwealth Foreign Exchg.<br>c/o James J. Nagelberg, Esq.<br>Hinckley Allen<br>100 Westminster St, Ste 1500<br>Providence, RI 02903-2319 | Commonwealth Foreign Exchg.<br>c/o James J. Nagelberg, Esq.<br>Hinckley Allen<br>Providence, RI 02903-2319 | Pursuant to settlement agreement | | 112,014.25 |
| Bank of America<br>Attn: Mgr, Agt or Officer<br>P.O. Box 982234<br>El Paso, TX 79998 | Bank of America<br>Attn: Mgr, Agt or Officer<br>P.O. Box 982234<br>El Paso, TX 79998 | | | 76,929.83 |
| Paxton Company<br>Attn: Manager or Agent<br>P.O. Box 12103<br>Norfolk, VA 23541 | Paxton Company<br>Attn: Manager or Agent<br>P.O. Box 12103<br>Norfolk, VA 23541 | | Disputed | 58,405.00 |
| Composite Rigging<br>Attn: Manager or Agent<br>342 Compass Circle, Unit B-402<br>North Kingstown, RI 02852 | Composite Rigging<br>Attn: Manager or Agent<br>342 Compass Circle, Unit B-402<br>North Kingstown, RI 02852 | | | 53,688.00 |
| Gowrie Group<br>Attn: Manager or Agent<br>P.O. Box 1212<br>Westbrook, CT 06498 | Gowrie Group<br>Attn: Manager or Agent<br>P.O. Box 1212<br>Westbrook, CT 06498 | | Contingent | 50,002.00 |
| Composites One<br>Attn: Manager or Agent<br>P.O. Box 409328<br>Atlanta, GA 30384 | Composites One<br>Attn: Manager or Agent<br>P.O. Box 409328<br>Atlanta, GA 30384 | | | 49,423.74 |
| R&L Machine Shop, Inc.<br>Attn: Manager or Agent<br>2900 Yadkin Road<br>Chesapeake, VA 23323 | R&L Machine Shop, Inc.<br>Attn: Manager or Agent<br>2900 Yadkin Road<br>Chesapeake, VA 23323 | | | 46,391.12 |
| Harken, Inc.<br>Attn: Manager or Agent<br>P.O. Box 7<br>Pewaukee, WI 53072 | Harken, Inc.<br>Attn: Manager or Agent<br>P.O. Box 7<br>Pewaukee, WI 53072 | | | 44,077.47 |
| Bluewater Supply<br>Attn: Manager or Agent<br>1000 Classic Road<br>Apex, NC 27539 | Bluewater Supply<br>Attn: Manager or Agent<br>1000 Classic Road<br>Apex, NC 27539 | | | 39,770.29 |
| Pro-Set, Inc.<br>Attn: Manager or Agent<br>707 Martin Street<br>Bay City, MI 48706 | Pro-Set, Inc.<br>Attn: Manager or Agent<br>707 Martin Street<br>Bay City, MI 48706 | | | 37,957.43 |
| Port Supply<br>Attn: Manager or Agent<br>P.O. Box 50060<br>Watsonville, CA 95077-5060 | Port Supply<br>Attn: Manager or Agent<br>P.O. Box 50060<br>Watsonville, CA 95077-5060 | | | 37,539.32 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    Gunboat International, Ltd.                                    Case No. _____
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    November 18, 2015                                Signature    /s/ Peter Johnstone
                                                                     Peter Johnstone
                                                                     President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

GUNBOAT INTERNATIONAL, LTD.
829 HARBOR ROAD
WANCHESE, NC 27981

TRAWICK H. STUBBS, JR.
STUBBS & PERDUE, P.A.
PO BOX 1654
NEW BERN, NC 28563

SECURITIES & EXCHANGE COM
OFFICE OF REORGANIZATION
950 E PACES FERRY RD NE 900
ATLANTA, GA 30326-1382

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

NC DEPT OF REVENUE
ATTN: MANAGING AGENT
PO BOX 1168
RALEIGH, NC 27602

UNITED STATES ATTORNEY
ATTN: CIVIL PROCESS CLERK
310 NEW BERN AVENUE
FEDERAL BLDG SUITE 800
RALEIGH, NC 27601-1461

INTERNAL REVENUE SERVICE
ATTN: MANAGING AGENT
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IRS
ALAMANCE BLDG MAIL STOP 24
4905 KOGER BLVD
GREENSBORO, NC 27407-2734

ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530

N.C. DEPT. OF COMMERCE, DES
ATTN: MANAGER OR AGENT
P.O. BOX 26504
RALEIGH, NC 27611

ACE HARDWARE
ATTN: MANAGER OR AGENT
P.O. BOX 519
MANTEO, NC 27954

AL FRESCO COMPOSITES, LLC
ATTN: MANAGER OR AGENT
104 INDIAN AVENUE
PORTSMOUTH, RI 02871

ALLIED ELECTRONICS
ATTN: MANAGER OR AGENT
7151 JACK NEWELL BLVD. S
FORT WORTH, TX 76118

AMERICAN EXPRESS
ATTN: MANAGER OR AGENT
P.O. BOX 650448
DALLAS, TX 75265-0448

ANCHOR SCAFFOLDING & LADD
ATTN: MANAGER OR AGENT
825 PRINCIPAL LANE
CHESAPEAKE, VA 23320

ANOMALY ENGINEERING
ATTN: MANAGER OR AGENT
1080 4TH AVENUE
NAPA, CA 94559

ALEXANDRA APONTE
C/O GUNBOAT INTERNATIONAL
829 HARBOR ROAD
WANCHESE, NC 27981

ATLANTIC SEWAGE
ATTN: MANAGER OR AGENT
P.O. BOX 2560
KITTY HAWK, NC 27949

BANK OF AMERICA
ATTN: MGR, AGT OR OFFICER
P.O. BOX 982234
EL PASO, TX 79998

LAUREN BATTAILE
341 SIR CHANDLER DRIVE
KILL DEVIL HILLS, NC 27948

BAYCO, INC.
ATTN: MANAGER OR AGENT
29448 DOVER ROAD
EASTON, MD 21601

BAYLISS BOATWORKS
ATTN: MANAGER OR AGENT
P.O. BOX 300
WANCHESE, NC 27981

BELKOV YACHT CARPENTRY
ATTN: MANAGER OR AGENT
7340 EDGEWOOD ROAD
ANNAPOLIS, MD 21403

BENCHMARK INTERNATIONAL
ATTN: ROB DI PANO
4488 W.BOY SCOUT BLVD.
SUITE 400
TAMPA, FL 33607

BLISH & CAVANAGH, LLP
ATTN: MANAGER OR AGENT
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903

BLUE WATER SAILING, LLC
ATTN: MANAGER OR AGENT
747 AQUIDNECK AVE
STE 201
MIDDLETOWN, RI 02842

BLUEWATER OUTERBANKS
YACHT SERVICE
ATTN: MANAGER OR AGENT
920 HARBOR ROAD
WANCHESE, NC 27981

BLUEWATER SUPPLY
ATTN: MANAGER OR AGENT
1000 CLASSIC ROAD
APEX, NC 27539

JOHN BLUMBERG
4550 GORDON DRIVE
NAPLES, FL 34102

DRAKE & AMANDA BORER
2105 WOODMONT AVENUE
AUSTIN, TX

BRADFORD MARINE
ATTN: MANAGER OR AGENT
P.O. BOX F-44867
FREEPORT
GRAND BAHAMAS

CAY ELECTRONICS
ATTN: MANAGER OR AGENT
ONE MARITIME DRIVE
PORTSMOUTH, RI 02871

CLOCKMAN'S ENTERPRISE
ATTN: MANAGER OR AGENT
412 HWY 64/264 SOUTH
MANTEO, NC 27954

COMMONWEALTH FOREIGN EXCHG.
C/O JAMES J. NAGELBERG, ESQ.
HINCKLEY ALLEN
100 WESTMINSTER ST, STE 1500
PROVIDENCE, RI 02903-2319

COMPOSITE RIGGING
ATTN: MANAGER OR AGENT
342 COMPASS CIRCLE, UNIT B-402
NORTH KINGSTOWN, RI 02852

COMPOSITES ONE
ATTN: MANAGER OR AGENT
P.O. BOX 409328
ATLANTA, GA 30384

CORE COMPOSITES
ATTN: MANAGER OR AGENT
ROM DEVELOPMENT
108 TUPELO STREET
BRISTOL, RI 02809

CORVANT, LLC/PIERVANTAGE
ATTN: MANAGER OR AGENT
131 CONTINENTAL DRIVE
SUITE 409
NEWARK, DE 19713

CRUISING WORLD MAGAZINE
ATTN: MANAGER OR AGENT
55 HAMMARLUND WAY
MIDDLETOWN, RI 02842

CUSTOM COMFORT BY WINN, LTD
ATTN: MANAGER OR AGENT
15 TERMINAL STREET
HOPEWELL, VA 23860

D&J WOODCRAFT
ATTN: MANAGER OR AGENT
221 WINDJAMMER
NAGS HEAD, NC 27959

DARE CO. TAX DEPT.
ATTN: MANAGER OR AGENT
PO BOX 1000
MANTEO, NC 27954

DIMENSION HARDWOODS
ATTN: MANAGER OR AGENT
415 INDUSTRIAL BLVD.
NEW ALBANY, IN 47150

DOCKSIDE MANAGEMENT
ATTN: MANAGER OR AGENT
44 WELFARE RD., #2E
COLE BAY ST. MAARTEN

DOMETIC
ATTN: MANAGER OR AGENT
2000 N. ANDREWS AVE.
POMPANO BEACH, FL 33069

DUNNING AND ASSOCIATES, LLC
ATTN: MANAGER OR AGENT
449 THAMES STREET
SUITE 308
NEWPORT, RI 02840

E-LED LIGHTING, INC.
ATTN: MANAGER OR AGENT
15188 PARK OF COMMERCE BLVD
#14
JUPITER, FL 33478-6406

EDNEY ADVENTURE
PHOTOJOURNALISM
ATTN: JEN EDNEY
1919 N. 269 PLZ
WATERLOO, NE 68069

ERNIE'S BOAT CANVAS
& AWNING COMPANY
101 MEADOW LAKE CIRCLE
JARVISBURG, NC 27947

EXPEDITORS
ATTN: MANAGER OR AGENT
120 SOUTHCENTER CT. #500
MORRISVILLE, NC 27560

FAIRMEAD COMMUNICATIONS, L
ATTN: MANAGER OR AGENT
5 BRITANNIA PLACE
LYMINGTON
HAMPSHIRE S0413BA

SHANNON FALCONE
FALMOUTH HARBOUR, ANTIGUA
WEST INDIES

FEDEX
ATTN: MANAGER OR AGENT
P.O. BOX 371461
PITTSBURGH, PA 15250

FLEXOFOLD
ATTN: MANAGER OR AGENT
APS, BRAMDRUPVEJ 50,
DK-6040
EQTVED

FOAM TO SIZE
ATTN:  MANAGER OR AGENT
P.O. BOX 6368
ASHLAND, VA 23005

FORESPAR
ATTN:  MANAGER OR AGENT
22322 GILBERTO
RANCHO SANTA MARGARITA, CA 92688

FUTURE FIBERS RIGGING SYST
P.I. TORRUBERO
CTRA.ANTIGUA DE BARCEBNA, 2
46136 MUSEROS
VALENCIA SPAIN

JESUS RENEDO GANCEDO
C/MITJA LLUNA 7
07015 PALMA DE MALLORCA
SPAIN

GAS-FIRED PRODUCTS, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 36485
CHARLOTTE, NC 28236

GLASS TINTING BY SPF
ATTN:  MANAGER OR AGENT
16581 US HWY 17 #400
HAMPSTEAD, NC 28443

GOOD SIGNS
ATTN:  MANAGER OR AGENT
229 BROADBAY DRIVE
KILL DEVIL HILLS, NC 27948

GOWRIE GROUP
ATTN:  MANAGER OR AGENT
P.O. BOX 1212
WESTBROOK, CT 06498

KEVIN GRANT
134 MUSTERFIELD ROAD
CONCORD, MA 01742

GRIFFIN MARINE, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 458
WANCHESE, NC 27981

GURIT USA, INC.
ATTN:  MANAGER OR AGENT
115 BROAD COMMON ROAD
BRISTOL, RI 02809

HARBOR WELDING, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 698
WANCHESE, NC 27981

HARDCOATINGS, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 26185
CHARLOTTE, NC 28221

HARKEN, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 7
PEWAUKEE, WI 53072

CHRIS HELLING, ESQ.
LANCASTER HELLING
1803 WEST AVENUE
AUSTIN, TX 78701

HINCKLEY YACHT SERVICE
ATTN:  MANAGER OR AGENT
4550 SE BOATYARD DRIVE
STUART, FL 34997

ALLEN HOBBS
720 NORTH COLLIER BLVD
APT. 501
MARCO ISLAND, FL 34145

HORNTHAL, RILEY ET AL
ATTN:  MANAGER OR AGENT
301 E. MAIN STREET
ELIZABETH CITY, NC 27909

SEAMUS HOURIHAN
8 FORT SEWELL LANE
MARBLEHEAD, MA 01945

PAUL P. HUFFARD, IV
20 JUNIPER ROAD
DARIEN, CT 06820

IHRIE SUPPLY COMPANY, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 1629
WILSON, NC 27894-1629

IMTRA CORPORATION
ATTN:  MANAGER OR AGENT
30 SAMUEL BARNET BLVD.
NEW BEDFORD, MA 02745

INDY YACHTS
ATTN:  MANAGER OR AGENT
129 HARRISON AVENUE
NEWPORT, RI 02840

PETER JOHNSTONE
201 CANNON TRAIL
MANTEO, NC 27954-8805

JUBILEE HOUSE
ATTN:  MANAGER OR AGENT
2 JUBILEE PLACE
LONDON
ENGLAND SW3 3TQ

JUST RIGHT AUTO
ATTN:  MANAGER OR AGENT
83 HARBOR ROAD
WANCHESE, NC 27981

KAESER COMPRESSORS
ATTN:  MANAGER OR AGENT
P.O. BOX 946
FREDERICKSBURG, VA 22404

KAREN S. BOARDMAN
KINCAID & ASSOCIATES
5215 JUNCTION CIRCLE, STE 100
WILMINGTON, NC 28412

PAUL KEENAN, ESQ.
GREENBERG TRAURIG
333 SE 2ND AVE, STE 4400
MIAMI, FL 33131

KELLOGG SUPPLY CO. INC.
ATTN: MANAGER OR AGENT
P.O. BOX 99
MANTEO, NC 27954

KYLE D. KORTE, ESQ.
WOLCOTT, RIVERS, P.C.
200 BENDIX RD, STE 300
VIRGINIA BEACH, VA 23452

LALIZAS USA
ATTN: MANAGER OR AGENT
7455 16TH STREET EAST
STE. 107
SARASOTA, FL 34242

LANDSTAR
ATTN: MANAGER OR AGENT
116 BEECHWOOD AVENUE
NORFOLK, VA 23505

LUCKY MIKE
JUJIANG VILLAGE, SHI JING
NANA AN
QUANZHOU CITY, FUJIAN
CHINA

M BRANDS INTERNATIONAL
ATTN: MANAGER OR AGENT
LAGEWEG 34
2222 AG KATWIJK
THE NETHERLANDS

MACK BORING & PARTS
ATTN: MANAGER OR AGENT
2365 ROUTE 22 WEST
UNION, NJ 07083

MAINFREIGHT, INC.
ATTN: MANAGER OR AGENT
1400 GLENN CURTISS STREET
CARSON, CA 90746

MAKE IT PERSONAL
ATTN: MANAGER OR AGENT
200 E ARCH STREET
KILL DEVIL HILLS, NC 27948

MARINE & HYDRAULICS
ATTN: MANAGER OR AGENT
KARHUNKIERROS 5
VANTAA, FINLAND
FIN-01640

MARLOW ROPES, INC.
ATTN: MANAGER OR AGENT
SUITE 239
10 CORDAGE PARK CIRCLE
PLYMOUTH, MA 02360

BOB MARSTON
P.O. BOX 336
YARMOUTH, ME 04096

MASTERVOLT MARINCO
ATTN: MANAGER OR AGENT
23287 NETWORK PLACE
CHICAGO, IL 60673-1232

GORDON MCILQUHAM
MARY ANN TURCKE
209 ROSEDALE HEIGHTS DR
TORONTO ON M4T1C7
CANADA

GORDON MCILQUHAM
MARY ANN TURCKE
TORONTO, CANADA

MCKENZIE, BECKER & STEVENS
ATTN: PAULA STONE
P.O. BOX 1067
LAKEVILLE, CT 06039

MCMASTER-CARR SUPPLY CO.
ATTN: MANAGER OR AGENT
6100 FULTON INDUSTRIAL BLVD SW
ATLANTA, GA 30336-2853

MICHAEL FLANAGAN
WARD AND SMITH, P.A.
P.O. BOX 8088
GREENVILLE, NC 27835

MOBILE MINI, INC.
ATTN: MANAGER OR AGENT
7420 S. KYRENE ROAD, STE 101
TEMPE, AZ 85283

FREDRICK MOE
SHOP #3 NNATTS COMPLEX
FAIRVIEW SHOPPING CENTER
MONTEGO BAY JAMAICA

MOELLER MARINE PRODUCTS
ATTN: MANAGER OR AGENT
P.O. BOX 200615
PITTSBURGH, PA 15251

MARIO B. MOREYRA
251 GRAND BOULEVARD, SPT 93
KEY BISCAYNE, FL

STEFAN & GABRIELLE MUFF
ST. NIKLAUSENSTRASSE 96
6047 KASTANIENBAUM
SWITZERLAND

MULTIHULL SAILOR MARINE GROUP
ATTN: MANAGER OR AGENT
P.O. BOX 951556
DALLAS, TX 75395-1556

NC HAZARDOUS WASTE
ATTN: MANAGER OR AGENT
1646 MAIL SVC. CTR
RALEIGH, NC 27699

NECOL MARINE ELECTRONICS
ATTN:  MANAGER OR AGENT
2ND FLOOR HANSA BLDG
THE VALLEY
ANGUILLA BWI

NEWARK ELECTRONICS
ATTN:  MANAGER OR AGENT
217 WILCOX AVENUE
GAFFNEY, SC 29341

NEWPORT INT'L BOAT SHOW
ATTN:  MANAGER OR AGENT
P.O. BOX 698
NEWPORT, RI 02840

NIGREL IRENS DESIGN LTD.
ATTN:  MANAGER OR AGENT
TANNERS YARD HOUSE
ST. LAWRENCE LANE
ASHBURTON,DEVON TQ137

NORTH SAILS
ATTN:  MANAGER OR AGENT
125 OLD GATE LANE
MILFORD, CT 06460

OBX BANK
ATTN: MGR, AGT OR OFFICER
P.O. BOX 629
KITTY HAWK, NC 27949

OBX MARINA
BROAD CREEK
ATTN:  MANAGER OR AGENT
P.O. BOX 720
WANCHESE, NC 27981

OCEAN SAILS
ATTN:  MANAGER OR AGENT
P.O. BOX GE 72
ST. GEORGES, BERMUDA GE05

ONEBEACON INSURANCE GRP
ATTN:  MANAGER OR AGENT
188 INVERNESS DR, STE 600
ENGLEWOOD, CO 80112

OSHA
ATTN:  MANAGER OR AGENT
4407 BLAND ROAD
STE 210 SOMERSET PARK
RALEIGH, NC 27609

OUTER BANKS FIRE PROTECTION
ATTN:  MANAGER OR AGENT
2004 S. CROATAN HWY, STE 5
KILL DEVIL HILLS, NC 27948

OUTER BANKS URGENT CARE
ATTN:  MANAGER OR AGENT
5565 N. CROATAN HWY
KITTY HAWK, NC 27949

PACER MARINE, INC.
ATTN:  MANAGER OR AGENT
1555 APEX ROAD
SARASOTA, FL 34240

JOHN PADGETT
MCGUIREWOODS LLP
WORLD TRADE CENTER
101 W.MAIN ST., STE 9000
NORFOLK, VA 23510

PAGETREE, LLC
ATTN:  MANAGER OR AGENT
336 GROVE STREET
CHARLESTON, SC 29403

PARKER STEEL INTERNATIONAL
ATTN:  MANAGER OR AGENT
1819 STARR AVENUE
TOLEDO, OH 43605

PAXTON COMPANY
ATTN:  MANAGER OR AGENT
P.O. BOX 12103
NORFOLK, VA 23541

PEEJEEDEE SAILING
C/O HOLLAND COMPOSITES
DE SERPELING 10
8219 PZ LELYSTAD
NETHERLANDS

GONZALO EDUARDO PEREZ
3 GROVE ISLE, APT. 710
MIAMI, FL 33133

PERFORMANCE DIESEL, INC.
ATTN:  MANAGER OR AGENT
1001 SENSATION WEIGH
BEAUFORT, NC 28516

PETER & MAYS
ATTN:  MANAGER OR AGENT
UNIT 9, GOODWOOD RD.
EASTLEIGH, SOUTHHAMPTON
HAMPSHIRE S050 4NT

PETER JOHNSTONE
201 CANNON TRAIL
MANTEO, NC 27954-8805

POMPANETTE, LLC
ATTN:  MANAGER OR AGENT
P.O. BOX 1200
CHARLESTOWN, NH 03603

PORT SUPPLY
ATTN:  MANAGER OR AGENT
P.O. BOX 50060
WATSONVILLE, CA 95077-5060

MIKE POWERS, ESQ.
POWERS LAW OFFICES, P.C.
470 WASHINGTON ST., STE 29
NORWOOD, MA 02062

POYNER SPRUILL
JAMES S. LIVERMON ESQ.
130 S. FRANKLIN STREET
ROCKY MOUNT, NC 27804-5707

PRO-SET, INC.
ATTN:  MANAGER OR AGENT
707 MARTIN STREET
BAY CITY, MI 48706

PROCESS MACHINE AUTOMATION
ATTN: MANAGER OR AGENT
5275 SADDLEBROOK DRIVE
COLUMBUS, OH 43221

QUICK USA
ATTN: MANAGER OR AGENT
810 OREGON AVENUE
STE F
LINTHICUM HEIGHTS, MD 21090

R&L MACHINE SHOP, INC.
ATTN: MANAGER OR AGENT
2900 YADKIN ROAD
CHESAPEAKE, VA 23323

R.A. HOY HEARING & A/C
ATTN: MANAGER OR AGENT
P.O. BOX 179
KITTY HAWK, NC 27949

REAL EARTH LANDSCAPES
& IRRIGATION
ATTN: MANAGER OR AGENT
P.O. BOX 1652
KILL DEVIL HILLS, NC 27948

RONSTAN INTERNATIONAL
ATTN: MANAGER OR AGENT
45 HIGH POINT AVE. #2
PORTSMOUTH, RI 02871

ROSE WELDING & CRANE SVC.
ATTN: MANAGER OR AGENT
1060 SOUTH GUMNECK ROAD
COLUMBIA, NC 27925

SAERTEX
ATTN: MANAGER OR AGENT
12000-A MT. HOLLY-
HUNTERSVILLE ROAD
HUNTERSVILLE, NC 28078

SAFETY-KLEEN SYSTEMS, INC.
ATTN: MANAGER OR AGENT
P.O. BOX 382066
PITTSBURGH, PA 15250

SAIL MARINE GROUP
ATTN: MANAGER OR AGENT
P.O. BOX 864792
ORLANDO, FL 32886-4792

SAILING MAGAZINE
ATTN: MANAGER OR AGENT
P.O. BOX 249
PORT WASHINGTON, WI 53074

SAILING WORLD MAGAZINE
ATTN: MANAGER OR AGENT
55 HAMMARLUND WAY
MIDDLETOWN, RI 02842

SAILTEC, INC.
ATTN: MANAGER OR AGENT
2930 CONGER COURT
OSHKOSH, WI 54904

SANTANDER BANK, N.A.
ATTN: MGR, AGT OR OFFICE
P.O. BOX 12707
READING, PA 19612-2707

SCANDVIK, INC.
ATTN: MANAGER OR AGENT
423 4TH PLACE, SW
VERO BEACH, FL 32962

SEA-FIRE MARINE
ATTN: MANAGER OR AGENT
9331-A PHILADELPHIA ROAD
ROSEDALE, MD 21237

SHERWIN WILLIAMS
ATTN: MANAGER OR AGENT
3722 N. CROATAN HWY.
KITTY HAWK, NC 27949

SHOSHIN TECHNOLOGIES, INC.
ATTN: MANAGER OR AGENT
3116 N. CROATAN HWY
KILL DEVIL HILLS, NC 27948

SOUNDOWN CORPORATION
ATTN: MANAGER OR AGENT
16 BROADWAY
SALEM, MA 01970

SOUTHSIDE SERVICES
& TOWING, INC.
ATTN: MANAGER OR AGENT
473 ER DANIELS ROAD
WANCHESE, NC 27981

SPINLOCK USA
ATTN: MANAGER OR AGENT
P.O. BOX 2672
NEWPORT, RI 02840

SPRING MEDIA
D/B/A BONNIER CORP
15255 ALTON PKWAY
SUITE 300
IRVINE, CA 92618

STAPLES
ATTN: MANAGER OR AGENT
P.O. BOX 183174
COLUMBUS, OH 43218-3174

STURGIS BOAT WORKS
ATTN: MANAGER OR AGENT
80 MID-TECH DRIVE
WEST YARMOUTH, MA 02673

TEAM ONE NEWPORT
ATTN: MANAGER OR AGENT
P.O. BOX 1443
NEWPORT, RI 02840

TEXONIC, INC.
ATTN: MANAGER OR AGENT
445 RUE STREET
ST.JACQUES, QC J3B2M1

THE CHESAPEAKE EXPRESSWA
ATTN: MANAGER OR AGENT
168 TOLL PLAZA ROAD
CHESAPEAKE, VA 23322

THE KITCHEN SINK LIMITED
ATTN:  MANAGER OR AGENT
UNIT3 KNOCKMITTEN INDUSTRIAL
KNOCKMITTEN LAND
DUBLIN, IRELAND 12

TIDEWATER TESTING SVC, INC.
ATTN:  MANAGER OR AGENT
375 POPLAR LAWN ROAD
SURRY, VA 23883

TIME CLOCK
ATTN:  MANAGER OR AGENT
1 TIMECLOCK DRIVE
SAN ANGELO, TX 76904

TROPICAL SAIL LOFT NV
P.O. BOX 5263
LAGOON MARINA
WELLINGTON RD #35
ST. MAARTEN

ERIC TULLA, ESQ.
50 QUISQUEYA STREET
SAN JUAN, PR 00917-1212

TWISTER CATAMARANS
ATTN:  MISCHA HEEMSKERK
VINKENLAAN 31
2161 DZ LISSE
NEDERLAND

U-LINE SHIPPING SUPPLY
SPECIALISTS
ATTN:  MANAGER OR AGENT
1770 SATELLITE BLVD
BUFORD, GA 30518

UNITED RENTALS
ATTN:  MANAGER OR AGENT
P.O. BOX 100711
ATLANTA, GA 30384-0711

UNIVERSAL PRINTING SOLUTION
ATTN:  MANAGER OR AGENT
10573 WEST PICO BLVD #610
LOS ANGELES, CA 90064

UPS SUPPLY CHAIN SOLUTIONS
ATTN:  MANAGER OR AGENT
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

UPS, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 7247-0244
PHILADELPHIA, PA 19170-0001

UTILITY COMPOSITES, INC.
ATTN:  MANAGER OR AGENT
2704-A MEISTER PLACE
ROUND ROCK, TX 78664

VECTORWORKS NAVAL
ENGINEERING, INC.
ATTN:  MANAGER OR AGENT
805 MARINA ROAD
TITUSVILLE, FL 32796

VESCO PLASTIC SALES
ATTN:  MANAGER OR AGENT
P.O. BOX 40647
CLEVELAND, SA  2022

VILLAGE HARDWARE
ATTN:  MANAGER OR AGENT
2991 HWY 345
WANCHESE, NC 27981

VITRIFRIGO, LLC
ATTN:  MANAGER OR AGENT
P.O. BOX 668626
POMPANO BEACH, FL 33069

WAK, LLC
ATTN:  MANAGER OR AGENT
708 ROYAL PLAZA DRIVE
FORT LAUDERDALE, FL 33301

WANCHESE TRAWL & SUPPLY
ATTN:  MANAGER OR AGENT
P.O. BOX 388
WANCHESE, NC 27981

WANCHESE YACHT INTERIORS
ATTN:  MANAGER OR AGENT
1145 ER DANIELS ROAD
WANCHESE, NC 27981

WARSHIP, LLC
829 HARBOR ROAD
WANCHESE, NC 27981

WATKINS CUSTOM SEWING, INC
ATTN:  MANAGER OR AGENT
P.O. BOX 158
WANCHESE, NC 27981

TIMOTHY WATTS
P.O. BOX 687
KETCHUM, ID 83340

DAVID WELCH
217 CAMINO AL LOGZ
ATHERTON, CA 94027

WHITACRE YACHT DESIGN
ATTN:  MANAGER OR AGENT
1352 WALNUT AVENUE
ANNAPOLIS, MD 21403

W. DUDLEY WHITLEY, III
BATTLE, WINSLOW
P.O. BOX 7100
ROCKY MOUNT, NC 27804

WORLD PUBLICATIONS, LLC
ATTN:  MANAGER OR AGENT
P.O. BOX 538167
ATLANTA, GA 30353-8167

WURTH WOOD GROUP, INC.
ATTN:  MANAGER OR AGENT
3307 CHESAPEAKE BLVD.
NORFOLK, VA 23513

YACHT ENGINEERING
ATTN: MANAGER OR AGENT
OKEGHEMSTRAAT 14
1075PM
AMSTERDAM NL

YACHTIFY USA, LLC
ATTN: MANAGER OR AGENT
850 NE 3RD STREET
STE 206D
DANIA, FL 33004

YOUNEY, INC.
ATTN: MANAGER OR AGENT
801 NORTH FEDERAL HWY
LAKE WORTH, FL 33460