**SO ORDERED.**

**SIGNED this 17 day of December, 2015.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH
CAROLINA GREENVILLE DIVISION

| | |
|---|---|
| In Re: | Case No.: |
| GUNBOAT INTERNATIONAL, LTD., | 15-06271-5-DMW |
| Debtor-in-Possession | Chapter 11 |

ORDER APPOINTING COMMITTEE OF UNSECURED

CREDITORS

Pursuant to 11 U.S.C. Sections 1102(a) and 1102(b)(1), the following creditors of the above- named debtor being among those holding the largest unsecured claims, are representative of the different kinds of claims to be represented, and who are willing to serve, are appointed to the committee of unsecured creditors for the case.

1. Paul P. Huffard*
   20 Juniper Rd.
   Darien, CT 06820
   917-882-0354

2. Drake Borer
   2015 Woodmont Ave.
   Austin, TX 78703
   512-426-6675

3. Philip Lotz
   Indy Yachts, LLC
   Philip Lotz, LLC 129
   Harrison Arc
   Newport, RI 02840
   203-570-2865

4.  Alan Gurski
    Pro-Set, Inc.
    707 Martin St.
    Bay City, MI 48706
    989-684-7286

5.  Stefan Muff
    St. Niklausenstrasse 96, Kastanienbaum
    6047 Switzerland
    01141-79-345-7704

6.  Rex Roth
    R&L Machine Shop, Inc.
    2900 Yadkin Rd.
    Chesapeake, VA 23323
    757-487-8879

*Chairperson

End of Document